STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6674     AND FILED ON     7/24/2007

JOSEPH A. POGGIOLI

Vs.    Plaintiff(s)/Petitioner(s)

PATRICK J. CARROLL, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/30/2007 at 3:30PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PATRICK J. CARROLL                      (herein called recipient)
At Location: CITY OF NEW ROCHELLE POLICE DEPARTMENT    therein named.
             475 NORTH AVENUE
             NEW ROCHELLE NY

By delivering to and leaving with CAPT. KEVIN KEALY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 7/31/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | GRAY |
| Age | 45/50 | Height | 5'11" | Weight | 185 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 7/31/2007

                                    John Axelrod
                                    Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.6674 | AND FILED ON | 7/24/2007 |

JOSEPH A. POGGIOLI

Vs.

PATRICK J. CARROLL, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/30/2007__ at __3:20PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF NEW ROCHELLE   (herein called recipient) therein named.

At Location: CITY HALL
515 NORTH AVENUE
NEW ROCHELLE NY

By delivering to and leaving with __LYDIA HAPPEL__ and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLACK
Age 40/45   Height 5'4"
Weight 135   Other Features

Sworn to before me on 7/31/2007

John Axelrod

Server's License#:

2010