# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604  Tel: (914) 323-7000  Fax: (914) 323-7001

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich

www.wemed.com

November 27, 2007

By Fax: (914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601
Attn: Mrs. Alice Cama

*MEMO ENDORSED*

*Application Granted*
*So Ordered*
*Nov 28, 2007*
*Charles L. Brieant*
*USDJ*

Re: Joseph A. Poggioli v. Patrick J. Carroll, individually and the City of New Rochelle, New York, Docket No. 07 Civ. 6674 (CLB)
Our File No.: 07367.00065

Dear Judge Brieant:

We represent the defendants in the above-referenced action. Earlier today I faxed a letter requesting a two-week extension for the deadline to file a summary judgment motion on grounds of qualified immunity. In the letter I noted that I had tried to contact the plaintiff's attorneys to see if they would consent to the extension, but had not received a call back. After I faxed the letter, I received a telephone call from Drita Nicaj, Esq. She said she was on trial yesterday in another case and did not have time to return the call before I sent the letter this morning. In any event, she said she did not have any objection to the requested extension.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Cc: Drita Nicaj, Esq.
By fax: (914) 428-8916