**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - -X
Joseph Poggioli,

                                 07 CV 6674 (CLB)

           Plaintiff,         **JUDGMENT**
    -against-

Patrick Carroll, individually;
City of New Rochelle, New York

          Defendants.
- - - - - - - - - - - - - - - - - - - -X



    Defendants having moved for summary judgment and the said motion having come before the Honorable, Charles L. Brieant, United States District Judge and the Court thereafter on March 31, 2008, having handed down its Memorandum and Order (document #18), granting defendants' motion to dismiss and summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed.


DATED: White Plains, N.Y.
       March 31, 2008

                                      *J. Michael McMahon*
                                      J. Michael McMahon, Clerk

i:/judgment/poggioli.674                   E.O.D.