UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JOSEPH A. POGGIOLI,

                Plaintiff,

      -against-

PATRICK J. CARROLL, individually, and
the CITY OF NEW ROCHELLE, New York,

                Defendants.
--------------------------------------------------------------x

07 Civ. 6674 (CLB)

**NOTICE OF MOTION FOR
RECONSIDERATION**

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Affidavit

of Drita Nicaj dated December 21, 2007, the exhibits annexed thereto, and all other papers and

prior proceedings before this Court, Plaintiff will move this Court before the Honorable Charles

L. Brieant, United States District Judge, at the United States Courthouse, 300 Quarropas Street,

White Plains, New York, on the 9th day of May 2008 at 10:00 in the forenoon, or as soon

thereafter as counsel can be heard, for reconsideration of this Court's March 31, 2008

Memorandum and Order, entered the same, and for such other and further relief as to the Court

seems just and proper.

Pursuant to Local Rule 6.3, no oral argument shall be heard unless the court directs that the matter shall be reargued orally and no affidavits may be filed by any party unless directed by the Court.

Dated: White Plains, New York
      April 11, 2008

LOVETT & GOULD LLP
By: _____
Drita Nicaj (DN 0966)
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
Telephone: 914-428-8401
Facsimile: 914-428-8916